UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>J. MARSHALL (Warden), et al.,<br><br>Defendants. | CV 12-2048-ABC (SH)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1), the Court has reviewed the Complaint and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation.

///

///

///

1

1    IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Final Report and Recommendation, (2) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: 6/21/12

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE