UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>             Plaintiff,<br><br>  v.<br><br>J. MARSHALL (Warden), et al.,<br><br>             Defendants. | CV12-2048-ABC (SH)<br><br>JUDGMENT |

    Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without leave to amend.

DATED: 6/21/12

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

1